IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-21121
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SAMUEL TREVINO, JR.,

Defendant-Appellant.

- - - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-90-CR-428-4
- - - - - - - - - - -
October 23, 1997

Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:*

Samuel Trevino, Jr., federal prisoner #83447-020, appeals

from the district court's amended judgment reducing his sentence

pursuant to 18 U.S.C. § 3582(c)(2).  Trevino challenges the

extent of the reduction ordered by the district court, arguing

that he should have been sentenced at the bottom of the corrected

guideline range, that the court failed to state adequate reasons

for its sentence, and that the court erred by failing to consider

his reply to the Government's response to his motion.  We have

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

reviewed the record and find no reversible error.  See United States v. Whitebird, 55 F.3d 1007, 1010 (5th Cir. 1995).

Accordingly, the judgment of the district court is AFFIRMED.